WWR# 20135903

IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CASE NO. 12-02232 |
| Artemio Cruz | Chapter 13 |
| Kathleen Cruz | Judge: ROBERT N OPEL II |
| Debtors | |

### NOTICE OF SUBSTITUTION OF COUNSEL

Notice is hereby given that, while the law firm of Weltman, Weinberg, & Reis Co., L.P.A. ("Weltman") continues to represent Wells Fargo Bank, N.A. dba Wells Fargo Dealer Services., Keri Ebeck hereby withdraws as counsel for Wells Fargo Bank, N.A. dba Wells Fargo Dealer Services. James P. Valecko of the Weltman law firm is hereby substituted for Keri Ebeck as counsel for Wells Fargo Bank, N.A. dba Wells Fargo Dealer Services. Accordingly, in the future, please direct all service and notices of pleadings to New Attorney.

Respectfully submitted,

WELTMAN, WEINBERG & REIS CO., L.P.A.

/S/ James P. Valecko
James P. Valecko, 79596
Weltman, Weinberg & Reis Co.,LPA
436 7th Avenue, Ste 2500
Pittsburgh, PA 15219-1842
Telephone: 412-434-7955
jimvalecko@weltman.com

/S/ Keri P. Ebeck
Keri P. Ebeck , 91298
Weltman, Weinberg & Reis Co.,LPA
436 7th Avenue, Ste 2500
Pittsburgh, PA 15219-1842
Telephone: 412-434-7955
kebeck@weltman.com

IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE: | CASE NO. 12-02232 |
|---|---|
| Artemio Cruz | Chapter 13 |
| Kathleen Cruz | Judge: ROBERT N OPEL II |
| Debtors | |

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Substitution of Counsel was filed and served electronically by the Court's ECF System on __14th__ day of __February__, 2018 on all parties having entered an appearance herein

VERN S. LAZAROFF
PO Box 1108
Port Jervis, NY 12771-0273
Debtor(s) Attorney

CHARLES J. DEHART, III
8125 Adams Dr Ste A
Hummelstown, PA 17036-8625
Trustee

U.S. Trustee

And by ordinary mail to the following:

Artemio Cruz
256 Wickes Rd
Bushkill, PA18324-9471

Kathleen Cruz
256 Wickes Rd
Bushkill, PA 18324-9471

/S/ James P. Valecko
James P. Valecko, 79596
Weltman, Weinberg & Reis Co.,LPA
436 7th Avenue, Ste 2500
Pittsburgh, PA 15219-1842
Telephone: 412-434-7955
jimvalecko@weltman.com