UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
-----------------------------------------------------------x

IN RE:  ARTEMIO CRUZ
        KATHLEEN CRUZ                         CASE NO. 12-02232
                 Debtors                            CHAPTER 13
-----------------------------------------------------------x

## PRAECIPE TO WITHDRAW DOCUMENTS

The debtors hereby request that the docket numbered 101 (Request For Payment), 102 (Certification Regarding Domestic Support Obligations-Artemio), 103 (Certification Regarding Domestic Support Obligations-Kathleen), and 104 (Certification of Execution of Rights and Responsibilities) be withdrawn as they have been filed in error.

DATED: May 9, 2018                         _____
                                              Vern S. Lazaroff, Esq.
                                              Attorney for Debtors
                                              143 Pike Street, PO Box 1108
                                              Port Jervis, NY 12771
                                              Tel:  (845) 856-5335
                                              Fax: (888) 977-5377