```
                    United States Bankruptcy Court
                    Middle District of Pennsylvania
```

In re:                                                    Case No. 12-02232-JJT
Artemio Cruz                                             Chapter 13
Kathleen Cruz
          Debtors                    **CERTIFICATE OF NOTICE**

District/off: 0314-5          User: REshelman         Page 1 of 1        Date Rcvd: Jun 13, 2018
                             Form ID: orclreop         Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 15, 2018.
db/jdb           Artemio Cruz,   Kathleen Cruz,   256 Wickes Road,   Bushkill, PA  18324

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                             TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                             TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2018                              Signature:   /s/Joseph Speetjens

---

### CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 13, 2018 at the address(es) listed below:
          Ann E. Swartz   on behalf of Creditor   Capital One, N.A. ecfmail@mwc-law.com,
           ecfmail@ecf.courtdrive.com
          Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
          Danielle  Boyle-Ebersole   on behalf of Creditor   U.S. Bank National Association et al c/o
           Rushmore Loan Management Services debersole@hoflawgroup.com,  bbleming@hoflawgroup.com
          James Peter Valecko   on behalf of Creditor   Wells Fargo Bank, N.A. dba Wells Fargo Dealer
           Services jvalecko@weltman.com,  PitEcf@weltman.com
          Joshua I Goldman   on behalf of Creditor   Capital One, N.A. bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Kevin T McQuail   on behalf of Creditor   Capital One, N.A. ecfmail@mwc-law.com
          Marisa Myers Cohen   on behalf of Creditor   Capital One, N.A. Mcohen@mwc-law.com
          Thomas I Puleo   on behalf of Creditor   Capital One, N.A. tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee   ustpregion03.ha.ecf@usdoj.gov
          Vern S. Lazaroff   on behalf of Debtor 1 Artemio  Cruz pabankruptcy@vernlazaroff.com,
           r39899@notify.bestcase.com
          Vern S. Lazaroff   on behalf of Debtor 2 Kathleen  Cruz pabankruptcy@vernlazaroff.com,
           r39899@notify.bestcase.com
                                                                      TOTAL: 11

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Artemio Cruz,

    **Debtor 1**

Kathleen Cruz,

    **Debtor 2**

Chapter      13

Case No.      5:12–bk–02232–JJT

## <u>Order</u>

And now, whereas an Order has been heretofore entered reopening the above estate, and it further appearing that said reopened estate has been fully administered, it is hereby

**ORDERED** that the above named bankrupt estate be, and it hereby is, closed.

Dated: June 13, 2018

By the Court,

Honorable John J. Thomas
United States Bankruptcy Judge
By: REshelman, Deputy Clerk

orclreop(05/12)